In the Matter of JOHN R. O'NEILL, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued March 1, 1948; decided March 11, 1948.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley of counsel), for motion.*

*William Richter* opposed.

Motion denied, with leave to renew upon the argument.